UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCES KUNTZ, as Administrator of the Estate of Phillip Kuntz, deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>MIKE JOHANS, Secretary of the United States Department of Agriculture,<br><br>      Defendant. | Case No. 06-cv-4056-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 25) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and without costs and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  June 7, 2007**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**