UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCES KUNTZ, as Administrator of the Estate of Phillip Kuntz, deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>MIKE JOHANS, Secretary of the United States Department of Agriculture,<br><br>      Defendant. | Case No. 06-cv-4056-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                                                                   **NORBERT JAWORSKI**

**Dated: June 7, 2007**

                                                              **Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**